**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JSDQ MESH TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:13-cv-00154-UNA |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| MESH DYNAMICS, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**ANSWER WITH AFFIRMATIVE DEFENSES AND COUNTER-CLAIMS OF DEFENDANT MESH DYNAMICS, INC.**

Defendant, Mesh Dynamics, Inc. ("Mesh Dynamics"), submits this Answer to the numbered paragraphs of Plaintiff JSDQ Mesh Technologies, LLC's ("JSDQ") January 29, 2013, Complaint for patent infringement ("Complaint"), along with its Affirmative Defenses and Counterclaims, and states as follows:

**NATURE OF LAWSUIT**

1. Mesh Dynamics admits the allegation regarding the nature of this lawsuit being a patent case and that Title 35 of the United States Code applies to patent cases generally, otherwise MDI denies the allegations contained in paragraph 1 of JSDQ's Complaint.

**THE PARTIES**

2. Mesh Dynamics lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 2 of JSDQ's Complaint and, therefore denies each and every allegation contained therein.

3. Mesh Dynamics lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of JSDQ's Complaint and, therefore denies each and every allegation contained therein.

4. Mesh Dynamics admits that it is a Delaware corporation with registered agent The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, Delaware 19801. Mesh Dynamics admits that in the past its principal place of business was 2953 Bunker Hill Lane, Suite 400, Santa Clara, California 95054, but denies each and every remaining allegation contained in paragraph 4 of JSDQ's Complaint.

5. Mesh Dynamics denies each and every allegation contained in paragraph 5 of JSDQ's Complaint.

## VENUE

6. Mesh Dynamics admits the allegation regarding the nature of this lawsuit being a patent case and that subject matter jurisdiction exists for patent cases generally, otherwise Mesh Dynamics denies the allegations contained in paragraph 6 of JSDQ's Complaint.

7. Paragraph 7 of JSDQ's Complaint calls for a legal conclusion for which no response is required. To the extent a response is required, Mesh Dynamics denies the allegations contained in paragraph 7 of JSDQ's Complaint.

## THE ACCUSED SYSTEMS

8. Mesh Dynamics admits only that its products were used, offered for sale, and/or sold in the past. Mesh Dynamics otherwise denies the allegations contained in paragraph 8 of JSDQ's Complaint.

9. Mesh Dynamics denies each and every allegation contained in paragraph 9 of JSDQ's Complaint.

10. Mesh Dynamics denies each and every allegation contained in paragraph 10 of JSDQ's Complaint.

**INFRINGEMENT OF UNITED STATES PATENT NO. RE 43,675**

11. Mesh Dynamics denies each and every allegation contained in paragraph 11 of JSDQ's Complaint.

12. Mesh Dynamics denies each and every allegation contained in paragraph 12 of JSDQ's Complaint.

13. Mesh Dynamics denies each and every allegation contained in paragraph 13 of JSDQ's Complaint.

14. Mesh Dynamics denies each and every allegation contained in paragraph 14 of JSDQ's Complaint.

15. Paragraph 15 is not directed towards this defendant, and therefore no response from Mesh Dynamics is required. To the extent a response is required, Mesh Dynamics lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 15 of JSDQ's Complaint and, therefore denies each and every allegation contained therein.

16. Mesh Dynamics denies each and every allegation contained in paragraph 16 of JSDQ's Complaint.

17. Mesh Dynamics denies each and every allegation contained in paragraph 17 of JSDQ's Complaint.

**INFRINGEMENT OF UNITED STATES PATENT NO. 7,916,648**

18. Mesh Dynamics denies each and every allegation contained in paragraph 18 of JSDQ's Complaint.

19. Mesh Dynamics denies each and every allegation contained in paragraph 19 of JSDQ's Complaint.

20. Mesh Dynamics denies each and every allegation contained in paragraph 20 of JSDQ's Complaint.

21. Mesh Dynamics denies each and every allegation contained in paragraph 21 of JSDQ's Complaint.

22. Paragraph 22 is not directed towards this defendant, and therefore no response from Mesh Dynamics is required. To the extent a response is required, Mesh Dynamics lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of JSDQ's Complaint and, therefore denies each and every allegation contained therein.

23. Mesh Dynamics denies each and every allegation contained in paragraph 23 of JSDQ's Complaint.

24. Mesh Dynamics denies each and every allegation contained in paragraph 24 of JSDQ's Complaint.

**INFRINGEMENT OF UNITED STATES PATENT NO. 7,286,828**

25. Mesh Dynamics denies each and every allegation contained in paragraph 25 of JSDQ's Complaint.

26. Mesh Dynamics denies each and every allegation contained in paragraph 26 of JSDQ's Complaint.

27. Mesh Dynamics denies each and every allegation contained in paragraph 27 of JSDQ's Complaint.

28. Mesh Dynamics denies each and every allegation contained in paragraph 28 of JSDQ's Complaint.

29. Paragraph 29 is not directed towards this defendant, and therefore no response from Mesh Dynamics is required. To the extent a response is required, Mesh Dynamics lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of JSDQ's Complaint and, therefore denies each and every allegation contained therein.

30. Mesh Dynamics denies each and every allegation contained in paragraph 30 of

JSDQ's Complaint.

31. Mesh Dynamics denies each and every allegation contained in paragraph 31 of JSDQ's Complaint.

32. Paragraph 32 of JSDQ's Complaint calls for a legal conclusion for which no response is required. To the extent a response is required, Mesh Dynamics lacks sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of JSDQ's Complaint and therefore denies the allegations contained in paragraph 32.

33. Mesh Dynamics admits only that JSDQ has filed a Complaint for patent infringement under Title 35 of the United States Code and requests injunctive relief and damages. Mesh Dynamics denies liability and further denies that JSDQ is entitled to the relief it seeks.

## DEFENDANTS' AFFIRMATIVE DEFENSES

34. JSDQ has failed to state a claim upon which relief may be granted.

35. All of the claims of the patent RE 43,675 are invalid for failure to satisfy the conditions of patentability under 35 U.S.C. §§ 102, 103 or 112.

36. Mesh Dynamics has not infringed and is not currently infringing patent RE 43,675.

37. Mesh Dynamics has not induced infringement and is not currently inducing infringement of patent RE 43,675.

38. All of the claims of the patent 7,916,648 are invalid for failure to satisfy the conditions of patentability under 35 U.S.C. §§ 102, 103 or 112.

39. Mesh Dynamics has not infringed and is not currently infringing patent 7,916,648.

40. Mesh Dynamics has not induced infringement and is not currently inducing infringement of patent 7,916,648.

41. All of the claims of the patent 7,286,828 are invalid for failure to satisfy the conditions of patentability under 35 U.S.C. §§ 102, 103 or 112.

42. Mesh Dynamics has not infringed and is not currently infringing patent 7,286,828.

43. Mesh Dynamics has not induced infringement and is not currently inducing infringement of patent 7,286,828.

## COUNTERCLAIMS

44. Mesh Dynamics asserts the following counterclaims for declaratory judgment of noninfringement and invalidity of patents RE 43,675; 7,916,648; and 7,286,828.

45. Defendant and Counterclaimant Mesh Dynamics is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at is 2953 Bunker Hill Lane, Suite 400, Santa Clara, California 95054.

46. According to the Complaint, Plaintiff and Counterclaim-Defendant JSDQ is a Delaware limited liability company having its principal office in Round Lake Beach, Illinois. JSDQ has held itself out to be the owner of the patents RE 43,675; 7,916,648; and 7,286,828.

## JURISDICTION AND VENUE

47. This counterclaim arises under the Declaratory Judgment Act and the patent laws of the United States. See Fed. R. Civ. P. 13; 28 U.S.C. §§ 2201 and 2202; and 35 U.S.C. § 100 et seq.

48. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201 and 2022.

49. This Court has personal jurisdiction over JSDQ by virtue of JSDQ's filing of the Complaint in the action.

50. Venue in the judicial district is proper under at least 28 U.S.C. § 1391 and by virtue of JSDQ's filing of the Complaint in this action.

51. An actual and justiciable controversy exists between Mesh Dynamics, on the one hand, and JSDQ on the other hand, concerning JSDQ's claims of infringement of patents RE 43,675; 7,916,648; and 7,286,828 and concerning whether patent RE 43,675; 7,916,648; and 7,286,828 are valid.

**COUNT ONE – DECLARATORY JUDGMENT OF NONINFRINGEMENT**

52. Mesh Dynamics incorporates by reference its allegations in paragraphs 1-52 above.

53. JSDQ asserts in this action that Mesh Dynamics is infringing patents RE 43,675; 7,916,648; and 7,286,828.

54. Mesh Dynamics has not directly nor under the doctrine of equivalents infringed, contributed to the infringement of, or induced infringement of any valid claim of patents RE 43,675; 7,916,648; and 7,286,828, nor is Mesh Dynamics either literally or under the doctrine of equivalents, directly infringing, contributing to direct infringement of, or inducing infringement of any valid claim of patents RE 43,675; 7,916,648; and 7,286,828.

55. By reason of the foregoing, Mesh Dynamics seeks a declaratory judgment by this Court that Mesh Dynamics does not infringe patents RE 43,675; 7,916,648; and 7,286,828.

**COUNT TWO – DECLARATORY JUDGMENT OF INVALIDITY**

56. Mesh Dynamics incorporates by reference its allegations in paragraphs 1-56 above.

57. JSDQ asserts in this action that Mesh Dynamics is infringing patents RE 43,675; 7,916,648; and 7,286,828.

58. The claims of patents RE 43,675; 7,916,648; and 7,286,828 are each invalid for failure to satisfy the conditions of patentability under 35 U.S.C. §§ 101, et seq.

59. By reason of the foregoing, Mesh Dynamics seeks a declaratory judgment by the

Court that the claims of patents RE 43,675; 7,916,648; and 7,286,828 are invalid.

**PRAYER FOR RELIEF**

WHEREFORE, Mesh Dynamics respectfully requests and prays that this Court:

(a) Dismiss JSDQ's Complaint in its entirety, with prejudice, and that JSDQ take nothing by its Complaint, and that judgment be entered in favor of Mesh Dynamics;

(b) Declare that Mesh Dynamics has not infringed, and is not infringing patents RE 43,675; 7,916,648; and 7,286,828;

(c) Declare that each of the claims of patents RE 43,675; 7,916,648; and 7,286,828 are invalid;

(d) Declare that this action constitutes an exceptional case under 35 U.S.C. § 285 and that Mesh Dynamics be awarded costs of suit that Mesh Dynamics has incurred including attorney's fees and any additional relief the Court deems appropriate; and

(e) Grant such other relief as this Court deems just and proper.

**[Remainder of page intentionally left blank].**

**DEMAND FOR JURY TRIAL**

Defendant and Counterclaimant-Plaintiff Mesh Dynamics demands a jury trial on all issues so triable.

Dated: April 18, 2013

Respectfully Submitted,

DORSEY & WHITNEY (DELAWARE) LLP

By: /s/ Robert W. Mallard
Eric Lopez Schnabel, DE # 3672
Robert W. Mallard, DE # 4279
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
schnabel.eric@dorsey.com
mallard.robert@dorsey.com

Szymon M. Gurda
Michael J. Cherskov
Cherskov Flaynik & Gurda, LLC
123 W. Madison St.
Suite 400
Chicago, IL 60602
Phone: (312) 621-1330
sgurda@cherskov.com
mcherskov@cherskov.com

*Attorneys for Defendant, Mesh Dynamics Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2013, the foregoing Defendant Mesh Dynamics, Inc.'s Answer with Counterclaims was filed with the Clerk of Court using CM/ECF, which will send notification to the counsel of record.

George Pazuniak (DE Bar No. 00478)
PAZUNIAK LAW OFFICE LLC
1201 Orange Street, 7th Floor, Suite 7114
Wilmington, DE 19801

Counsel for JSDQ Mesh Technologies, LLC

Timothy J. Haller
Daniel R. Ferri
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602

Counsel for JSDQ Mesh Technologies, LLC

DORSEY & WHITNEY (DELAWARE) LLP

By: /s/ Robert W. Mallard
Eric Lopez Schnabel, DE # 3672
Robert W. Mallard, DE # 4279
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
schnabel.eric@dorsey.com
mallard.robert@dorsey.com

*Attorneys for Defendant,*
*Mesh Dynamics Inc.*